In the Matter of the Claim of JEAN FRANK, Respondent, against FREEDMAN DIE CUTTERS, INC., et al., Appellants. WORKMEN's COMPENSATION BOARD, Respondent.

Argued March 3, 1954; decided April 15, 1954.

*Frederick Behr* and *Frederick Behr, Jr.,* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Harry Pastor, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.